1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                            Plaintiff,<br>vs.<br><br>BRAD SPENCER NERBOVIG,<br><br>            Defendant/Judgment Debtor,<br><br>and<br><br>AMAZON.COM SEVICES, LLC.,<br><br>            Garnishee. | NO.  2:23-mc-00014-RSM<br><br>(2:02-CR-0289-1)<br><br>[~~Proposed~~]<br><br>**Order to Issue a Writ of Continuing Garnishment** |

THIS MATTER having come before this Court upon the United States of America's Application for a Writ of Continuing Garnishment of property due and owing to the Defendant/Judgment Debtor, Brad Spencer Nerbovig, from Amazon.Com Services, LLC., the Garnishee, and the Court having reviewed the pleadings herein, it is hereby

ORDERED that the Clerk of the Court shall issue a Writ of Continuing Garnishment against Brad Spencer Nerbovig, whose address is Brad Spencer Nerbovig, 4706 Granville Ave NE, Apt. NE, Tacoma, WA 98422.

//

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970

DATED this 15 day of March, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

Presented by:

s/Kyle A. Forsyth
KYLE A. FORSYTH, WSBA #34609
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: (206) 553-7970
Fax: (206) 553-4073
E-mail: kyle.forsyth@usdoj.gov

ORDER TO ISSUE A WRIT OF CONTINUING
GARNISHMENT

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, WA 98101-1271
(206) 553-7970